# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2009 AUG 31 PM 4:20

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELOY JOSE HERRERA-HERRERA

    Defendant.

CASE NO. 09CR2922-JAH

**JUDGMENT OF DISMISSAL**
(Rule 48, F.R.Crim.P.)

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

__ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or

__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: _as charged in the Information_ .

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: AUGUST 26, 2009

    *[signature]*
RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____